IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CV-186-FL

| | | |
|---|---|---|
| JOSEPH CHRISTIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| VOUGHT AIRCRAFT INDUSTRIES, | ) | |
| INC. and VOUGHT AIRCRAFT SALARIED | ) | |
| DISABILITY INCOME PLAN, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court *sua sponte*, where this case currently is scheduled for bench trial during the court's civil term commencing July 19, 2010. The court notes that defendants' motion for summary judgment, defendants' motion to strike portions of plaintiff's summary judgment evidence, plaintiff's motion for extension of time, plaintiff's amended motion for reconsideration, defendants' motion for sanctions, and plaintiff's second amended motion for reconsideration are pending currently on the docket. To avoid unnecessarily consuming the resources of the court and the parties and to allow sufficient time to consider the numerous motions, the court hereby continues trial in this matter from its civil term commencing July 19, 2010, to a date and time to be noticed upon resolution of the motions mentioned herein, should issues remain for trial. The clerk of court is directed to remove this matter from the court's pretrial and trial calendars.

SO ORDERED, this the 2nd day of June, 2010.

_____
LOUISE W. FLANAGAN
Chief United States District Judge